IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

GABRIELLE VALDEZ, as
Guardian Ad Litem for JANE DOE, a minor,

    Plaintiff,

vs.                                                                 Case No. 1:20-cv-01041-SCY-JHR

TAOS MUNICIPAL SCHOOLS;
LILLIAN TORREZ, ROBERT TRUJILLO,
LISA ABEYTA-VALERIO, and
EMY DEHERRERA in their individual capacities;

    Defendants.

## STIPULATED ORDER EXTENDING CASE MANAGEMENT DEADLINES

THIS MATTER comes before the Court pursuant to the parties' Stipulated Motion to Extend Case Management Deadlines (Doc. 46) filed September 3, 2021, arising from an informal discovery conference requested by the parties and held on September 3, 2021 (Doc. 44). Having reviewed the motion and other matters of record, and being fully advised, the Court finds there is good cause for granting the extensions requested in the motion.

IT IS THEREFORE ORDERED that the parties' Stipulated Motion to Extend Case-Management Deadlines (Doc. 46) is GRANTED, and the following case-management deadlines in this matter are extended to the dates specified below:

(a) the deadline for Plaintiff's Rule 26(a)(2) expert disclosure is extended from October 18, 2021, to November 18, 2021;

(b) the deadline for Defendants' Rule 26(a)(2) expert disclosure is extended from December 6, 2021, to January 17, 2021;

(c) the termination date for discovery is extended from January 5, 2022, to February 17, 2022;

(d) the deadline for motions relating to discovery is extended from January 12, 2022, to February 28, 2022;

(e) the deadline for pretrial motions other than discovery motions (including motions which may require a *Daubert* hearing) is extended from March 2, 2022, to April 20, 2022; and

(f) the deadline for sending the proposed Pretrial Order from Plaintiffs to Defendants is no later than 14 days after pending pretrial motions are resolved or, if there are no pending motions, that deadline is extended from March 16, 2022, to May 2, 2022.

IT IS FURTHER ORDERED that all other deadlines and discovery parameters set forth in the Order Setting Case Management Deadlines and Discovery Parameters (Doc. 32) filed June 17, 2021, and the Order Setting Rule 16 Scheduling Conference (Doc. 33) filed June 22, 2021, remain in place.

IT IS SO ORDERED.

_____
JERRY H. RITTER
UNITED STATES MAGISTRATE JUDGE


Approved by:

**ROTHSTEIN DONATELLI LLP**

 */s/ Arne R. Leonard*
CAROLYN M. "CAMMIE" NICHOLS
ALICIA C. LOPEZ
ARNE R. LEONARD
500 4th Street NW, Suite 400
Albuquerque, NM  87102
(505) 243-1443
cmnichols@rothsteinlaw.com
alopez@rothsteinlaw.com
aleonard@rothsteinlaw.com

***Attorneys for Plaintiff***

*German • Burnette & Associates, LLC*

<u>  *email approval 09-03-2021*       </u>
Elizbeth L. German
Cindy J. Cordova
11728 Linn Ave. NE
Albuquerque, NM 87123
(505) 292-9676
beth@germanassociates.com
cindy@germanassociates.com

***Attorneys for Defendants Taos Municipal Schools, Lillian Torrez, Robert Trujillo, Lisa Abeyta-Valerio and Emy DeHerrera***