IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

GABRIELLE VALDEZ, as
Guardian Ad Litem for JANE DOE, a minor,

    Plaintiff,

vs.                                                Case No. 1:20-cv-01041-SCY-JHR

TAOS MUNICIPAL SCHOOLS;
LILLIAN TORREZ, ROBERT TRUJILLO,
LISA ABEYTA-VALERIO, and
EMY DEHERRERA in their individual capacities;

    Defendants.

## NOTICE OF AGREED UPON EXTENSION

Come now Defendants, through counsel of record, German ● Burnette & Associates, LLC, by Cindy Cordova and Elizabeth L. German and hereby notifies the Court that, in consideration of the extension of case management deadlines, the parties have agreed that the deadline for Defendant to file a Motion to Compel relating to Plaintiff's Answers to Defendant Taos Municipal School's First Set of Interrogatories and First Request for Production to Plaintiff is extended to December 1, 2021 and the deadline for Plaintiff to file a Motion to Compel relating to Defendant TMS's Answers to Plaintiff's First Set of Request for Admission, Interrogatories, and Request for Production is extended to December 13, 2021.

                                                                Respectfully Submitted:

                                                                *German • Burnette & Associates, LLC*

                                                                */s/ Elizabeth L. German*
                                                                Elizabeth L. German
                                                                Cindy Cordova
                                                                *Attorneys for Defendants*
                                                                11728 Linn Ave. NE
                                                                Albuquerque, New Mexico 87123
                                                               (505) 292-9676
                                                               Cindy@germanassociates.com
                                                               Beth@germanasssociates.com

Approved:

*Approved on 11/1/2021*
Carolyn M. "Cammie" Nichols
Alicia C. Lopez
Arne R. Leonard
*Attorneys for Plaintiff*
500 4th Street, N.W., Suite 400
Albuquerque, New Mexico 87102
(505) 243-1443
cmnichols@rothsteinlaw.com
alopez@rothsteinlaw.com
aleonard@rothsteinlaw.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 1st day of November, 2021, I filed the foregoing electronically through the CM/ECF system, which caused counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing.

*/s/ Elizabeth L. German*
Elizabeth L. German

2