IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

**JANE DOE** and **JANE DOE 2**,

    Plaintiff and Plaintiff-Intervenor,

vs.                                                                  Case No. 1:20-cv-01041-SCY-JHR

**TAOS MUNICIPAL SCHOOLS;**
**LILLIAN TORREZ, ROBERT TRUJILLO,**
and **LISA ABEYTA-VALERIO**,
in their individual capacities,

    Defendants.

**STIPULATED ORDER GRANTING**
**JOINT MOTION FOR FURTHER EXTENSIONS OF TIME**

THIS MATTER comes before the Court pursuant to the parties' Joint Motion for Further Extensions of Time (Doc. 300) filed December 6, 2023. Having reviewed the motion and other matters of record, and being fully advised, the Court finds there is good cause for granting the extensions requested in the motion.

IT IS THEREFORE ORDERED that the parties' Joint Motion for Further Extensions of Time (Doc. 300) is GRANTED as set forth below.

IT IS FURTHER ORDERED that the deadline is further extended from December 7, 2023, to **December 22, 2023**, for Defendants to file an answer or responsive pleading to Plaintiff's Second Amended Complaint (Doc. 296, 297).

IT IS FURTHER ORDERED that the deadline is further extended from December 11, 2023, to **December 22, 2023**, for all parties to file Rule 72(a) objections to the Court's Memorandum Opinion and Order Resolving Jane Doe 2's Motion to Intervene and Defendants' Motion for Sanctions and Injunctive Relief (Doc. 289) filed September 28, 2023.

IT IS FURTHER ORDERED that the deadline for all parties to respond to any Rule 72(a) objections to the ruling listed above is extended from January 12, 2024, to **January 19, 2024**.

IT IS FURTHER ORDERED that Defendants shall not be required to submit their motion for attorneys' fees and affidavits in support thereof as directed in the Memorandum Opinion and Order Resolving Jane Doe 2's Motion to Intervene and Defendants' Motion for Sanctions and Injunctive Relief (Doc. 289) until **thirty (30) days** after the date on which a written order is filed resolving any objections to that Memorandum Opinion and Order or, if no such objections are submitted for a ruling, until **January 19, 2023**.

IT IS SO ORDERED.

_____
JERRY H. RITTER
UNITED STATES MAGISTRATE JUDGE

Approved by:

**ROTHSTEIN DONATELLI LLP**

 /s/ Arne R. Leonard
CAROLYN M. "CAMMIE" NICHOLS
CAREY BHALLA
ARNE R. LEONARD
500 4th Street NW, Suite 400
Albuquerque, NM  87102
(505) 243-1443

*Attorneys for Plaintiffs*

*German • Burnette & Associates, LLC*

 e-mail approval 12-06-2023
Elizabeth L. German
Mary Keleher Castle
Cindy Cordova
Lindsay Van Meter
11728 Linn Ave. NE
Albuquerque, NM 87123
(505) 292-9676

*Attorneys for Defendants Taos Municipal Schools, Lillian Torrez, Robert Trujillo, and Lisa Abeyta-Valerio*